

# PETER R. WILLIS, ESQUIRE, LLP

921 Bergen Avenue, Suite 525 | Jersey City, New Jersey 07306
Telephone 201-659-2090 | Facsimile 201-659-1964

Peter R. Willis, NJ Bar*
Charles Alvarez, NJ, NY Bar

Hon. Kevin G. Callahan*
Of Counsel

November 29, 2012

Hon. Jose L. Linares, USDJ
US District Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut St.
Newark, NJ 07101

Re: USA v. Elijah Washington
    Cr. No: 12-253

Your Honor:

This office represents Elijah Washington in the above-captioned matter. Defense Pre-Trial Motions are due on Friday, November 30, 2012; I am respectfully requesting a thirty-day extension from that date, as we are continuing plea negotiations with the Government, which may result in Mr. Washington entering a plea. My office has spoken to Assistant United States Attorney Andrew Bruck, who has indicated he has no objection to my request.

Thank you for your consideration in this matter.

Respectfully,

s/ Peter Willis

PETER R. WILLIS, ESQ.

SO ORDERED: [signature]
DATED: 12/3/12

---

* Selected to the *Super Lawyers®* list 2009, 2010, 2011, 2012
* Retired Superior Court Judge