UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Crim. No. 12-253

ELIJAH WASHINGTON : ORDER FOR CONTINUANCE

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew J. Bruck, Assistant United States Attorney, appearing), and the Defendant Elijah Washington (Peter Willis, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to have the matter presented to a trial jury within seventy (70) days of his arraignment; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance;

2. The grant of a continuance will likely conserve judicial resources; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 19 day of December, 2012,

ORDERED that the proceedings in the above-captioned matter are continued from January 1, 2013 through February 28, 2013; and

IT IS FURTHER ORDERED that the period from January 1, 2013 through February 28, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order of November 14, 2012 is hereby amended so that all pretrial motions to be filed by February 4, 2013; the Government's opposition to defendant's motions to be filed by February 11, 2013; return date for pre-trial motions on February 18, 2013; and Trial to commence February 25, 2013.

---
HONORABLE JOSE LINARES
United States District Judge

Consented and Agreed to by:

*[signature: Peter Willis]*
Peter Willis
Counsel for Defendant Elijah Washington

*[signature: Andrew J. Bruck]*
Andrew J. Bruck
Assistant United States Attorney